No. 24. TEXAS & PACIFIC RY. CO. ET AL. *v.* UNITED STATES ET AL.

May 31, 1932. This cause is restored to the docket for reargument upon all questions involved.

No. —. EX PARTE KEOGH. Submitted May 16, 1932. Decided May 31, 1932. The motion that jurisdiction be assumed is denied. *Mr. John W. Keogh, pro se.*

No. 799. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* J. ROGERS FLANNERY & CO.;

No. 800. SAME *v.* FLANNERY BOLT CO.; and

No. 801. SAME *v.* VANADIUM METALS CO. See same cases, *ante,* p. 524.